# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTER DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| *In re:* | * | |
| JIN SOOK PARK | * | Case No. 17-10777-KHK |
| CALEB SOOIK PARK | | |
| | * | |
| Debtor | | CHAPTER 13 |

| | | |
|---|---|---|
| JIN SOOK PARK | * | |
| CALEB SOOIK PARK | | |
| | * | |
| Plaintiff | | Adv. Pro No. 17-01034-KHK |
| | * | |
| v. | | |
| | * | |
| STACEY PARKER | | |
| | * | |
| Defendant | | |
| | * | |

## ORDER DISMISSING ADVERSARY PROCEEDING

THIS CAUSE coming on to be heard, and being heard, before the undersigned Judge presiding over the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, pursuant to Plaintiffs' oral motion to dismiss at the hearing held on September 11, 2017; it is hereby

ORDERED that this Adversary Proceeding shall be dismissed without prejudice pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure.

Date: Sep 27 2017

/s/ Brian F. Kenney

Hon. Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: September 27, 2017

I ask for this:

**/s/ Jeremy C. Huang**
Jeremy C. Huang, VSB No. 76861
WOEHRLE DAHLBERG JONES YAO, PLLC
10615 Judicial Dr., Suite 102
Fairfax, VA 22030
(P) 703-755-0214 / (F) 571-285-0065
jhuang@lawfirmvirginia.com

**Local Rule 9022-1(C) Certification**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

**/s/ Jeremy C. Huang**
Jeremy C. Huang

**PARTIES TO RECEIVE COPIES**

**END OF ORDER**